**No. 48615.**—Protests 499700–G, etc., of Kaplan Bros. (New York).

Opinion by Tilson, J. On the established facts the harvest hats in question were held dutiable at 25 percent under paragraph 1504 (b) (5) following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).

**No. 48616.**—Protest 545642–G of Olivier Straw Goods Corp. (New York).

Opinion by Tilson, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United State*s (9 Cust. Ct. 69, C. D. 664). Following that decision certain of the hats imported subsequent to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent and those prior to said trade agreement were held dutiable at 25 percent under paragraph 1504 (b) (5) in accordance with the established facts.

**No. 48617.**—Protests 547872–G, etc., of Millinery Clearing House (New York).

Opinion by Tilson, J. The testimony of the only witness showed that certain of the items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protests were therefore sustained as to these items.

Before the Third Division, August 4, 1943

**No. 48618.**—Protests 63259–K, etc., of J. Ossola Co. et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel an allowance of 2½ percent was made on cheese similar to the Romano and Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), and an allowance of 1 percent on certain cheese similar to the Reggiano cheese also involved in that case. Protests sustained to that extent.

**No. 48619.**—Protests 760377–G, etc., of B. Spiliades & Co., Inc., et al. (New York).

Opinion by Keefe, J. It was stipulated that certain of the cheese is similar to that involved in Abstract 39667 and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). As to these items an allowance of 2½ percent was made, as claimed, and an allowance of 1 percent was made as to certain other cheese similar to that involved in said C. D. 706. Protests sustained to that extent.